IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GENERAL GRANT BELL,

    Plaintiff,

v.                                              4:19cv30–WS/CAS

STATE OF FLORIDA, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 6) docketed March 28, 2019. The magistrate judge recommends that the plaintiff's complaint be dismissed for failure to state a claim and because several of the defendants are immune from the plaintiff's request for monetary damages. The plaintiff has filed no objections to the report and recommendation but has filed a document (ECF No. 9) labeled "Misunderstanding."

Having reviewed the record, the undersigned finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 6) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint (ECF No. 1) and this action are DISMISSED for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this \_\_\_5th\_\_\_ day of \_\_\_June\_\_\_, 2019.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE